```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :    UNSEALING ORDER
        - v. -                   :
                                 :    S1 21 Cr. 295 (AT)
NATALIA KORZHA,                  :
VLADISLAV NECEAEV,               :
ANASHON KAMALOV,                 :
KAROL KAMINSKI,                  :
STANISLAV TUNKEVIC,              :
ARTURAS GILYS, and               :
SVETLANA VAIDOTIENE,             :
                                 :
           Defendants.           :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, DAMIAN WILLIAMS, by Assistant United States Attorney Sarah Lai;

WHEREAS, Superseding Indictment S1 21 Cr. 295 (AT) (the "S1 Indictment") and the corresponding arrest warrants for defendants KAROL KAMINSKI, STANISLAV TUNKEVIC, ARTURAS GILYS, and SVETLANA VAIDOTIENE (the "Overseas Defendants") in the above-captioned case are currently unsealed for the limited purpose of effectuating the Overseas Defendants' arrests and extraditions;

WHEREAS, the Overseas Defendants have been arrested and defendant STANISLAV TUNKEVIC is expected to be extradited to the United States on March 25, 2022;

WHEREAS, the United States Attorney's Office has applied to have the S1 Indictment and the Arrest Warrants for the Overseas Defendants unsealed for all purposes, effective March 25, 2022; it is hereby

ORDERED that the S1 Indictment and Arrest Warrants for the four Overseas Defendants be unsealed for all purposes, **effective March 25, 2022.**

Dated:   New York, New York
         March **22**, 2022

_____
THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK