USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NATALIA KORZHA, VLADISLAV NECEAEV, ANASHON KAMALOV, KAROL KAMINSKI, STANISLAV TUNKEVIC, ARTURAS GILYS, and SVETLANA VAIDOTIENE,

Defendants.

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **April 4, 2022**, the Government shall submit a status letter to the Court regarding when Defendants Kaminski, Gilys, and Vaidotiene are expected to be present in this district and the status of the proceedings against Defendants Korzha and Kamalov.

SO ORDERED.

Dated: March 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge