```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NATALIA KORZHA, VLADISLAV NECEAEV, ANASHON KAMALOV, KAROL KAMINSKI, STANISLAV TUNKEVIC, ARTURAS GILYS, and SVETLANA VAIDOTIENE,

　　　　　　　　　　　　　Defendants.

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The Court shall hold an initial conference in this matter for Defendants Kaminski, Tunkevic, and Vaidotiene on **May 3, 2022**, at **2:00 p.m.**

　　The conference shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

　　https://www.nysd.uscourts.gov/covid-19-coronavirus.

　　All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

　　SO ORDERED.

Dated: April 18, 2022
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge