```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,


              -against-


KAROL KAMINSKI, STANISLAV
TUNKEVIC, ARTURAS GILYS, and
SVETLANA VAIDOTIENE,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2022

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold an initial conference in this matter for Defendants Kaminski, Gilys, Tunkevic, and Vaidotiene on **June 7, 2022**, at **3:00 p.m.**

The conference shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/covid-19-coronavirus.

All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

SO ORDERED.

Dated: June 1, 2022
       New York, New York

ANALISA TORRES
United States District Judge