USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **9/9/2022**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KAROL KAMINSKI, STANISLAV TUNKEVIC, and ARTURAS GILYS,

Defendants.

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for September 21, 2022, is ADJOURNED to **November 9, 2022**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

      https://www.nysd.uscourts.gov/covid-19-coronavirus.

      SO ORDERED.

Dated: September 9, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge