USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/19/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

v.

NATALIA KORZHA et al.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

S1 21 Cr. 295 (AT)

      Upon the application of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by and through Sarah Lai, Assistant United States Attorney, of counsel, and with the consent of KAROL KAMINSKI, by and through Evan Lipton, Esq., STANISLAV TUNKEVIC, by and through Richard Palma, Esq., and ARTURAS GILYS, by and through Lawrence Gerschwer, Esq., it is hereby ORDERED that the time from September 22, 2022, to November 9, 2022, inclusive, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow additional time for the defense to review discovery and the parties to discuss potential dispositions of the case.

DATED: New York, New York
          September __19__, 2022

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE