UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KAROL KAMINSKI,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2022

21 Cr. 295-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change of plea proceeding for Defendant Kaminski on **November 9, 2022,** at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated:  November 2, 2022
        New York, New York

_____
ANALISA TORRES
United States District Judge