```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/14/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KAROL KAMINSKI, STANISLAV TUNKEVIC, and ARTURAS GILYS,

                              Defendants.

21 Cr. 295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defendant Karol Kaminski's motion dated February 13, 2023, ECF No. 189. Accordingly, the sentencings for Defendants Kaminski, Stanislav Tunkevic, and Arturas Gilys scheduled for March 15, 2023, are ADJOURNED to **March 28, 2023**, at **2:20 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendants' sentencing submissions are due two weeks before sentencing. The Government's sentencing submissions are due one week before sentencing.

      SO ORDERED.

Dated: February 14, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge